Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP**
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
Telephone:  916.927.5574
Facsimile:   916.927.2046

Erik M. Roper (SBN: 259756)
**LAW OFFICE OF ERIK M. ROPER**
2121 Natomas Crossing Drive, Suite 200-117
Sacramento, CA 95834
Telephone:  916.281.8249
Facsimile:   916.527.0118

Attorneys for Plaintiff,
NATTIE CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATTIE CURTIS,<br><br>         Plaintiff,<br><br>    v.<br><br>SODEXO, INC., SDH SERVICES WEST, LLC, and DOES 1 through 25, inclusive,<br><br>         Defendants. | Case No: 4:15-cv-01527-HSG<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT JULY 21, 2015, CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date:     July 21, 2015<br>Time:    3:15 p.m.<br>Judge:   Honorable Haywood S. Gilliam, Jr.<br>Place:    United States District Court<br>             Courtroom 15—18th Floor<br>             450 Golden Gate Avenue<br>             San Francisco, CA 94102 |

///

///

///

///

///

1

---

**REQUEST TO APPEAR TELEPHONICALLY AT JULY 21, 2015, CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER**

*Curtis v. Sodexo, INC., et al.*                                                                                             Lawrance A. Bohm, Esq.
Case No.:  4:15-cv-01527-HSG                                                                                         Erik M. Roper, Esq.

## **REQUEST TO APPEAR TELEPHONICALLY**

Erik M. Roper, Esq., counsel for Plaintiff, Nattie Curtis, respectfully requests permission to appear telephonically at the initial Case Management Conference currently set for July 21, 2015, at 3:15 p.m. before the Honorable Haywood S. Gilliam, Jr.

RESPECTFULLY SUBMITTED,

Date: July 20, 2015        By:   */s/ Erik M. Roper, Esq.*
                                  LAWRANCE A. BOHM, ESQ.
                                  ERIK M. ROPER, ESQ.

                                  Attorneys for Plaintiff,
                                  NATTIE CURTIS

## **ORDER**

The Request to Appear Telephonically submitted by Erik M. Roper, counsel for Plaintiff, Nattie Curtis, is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Date: 7/21/2015

_Haywood S. Gilliam, Jr._ (signed)
Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

2

**REQUEST TO APPEAR TELEPHONICALLY AT JULY 21, 2015, CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

*Curtis v. Sodexo, INC., et al.*                                          Lawrance A. Bohm, Esq.
Case No.: 4:15-cv-01527-HSG                                                Erik M. Roper, Esq.