C. CHRISTINE MALONEY (State Bar No. 226575)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952
cmaloney@fosteremploymentlaw.com

Attorneys for Defendants
SODEXO, INC., SDH SERVICES WEST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATTIE CURTIS,<br><br>Plaintiff,<br>vs.<br><br>SODEXO, INC., SDH SERVICES WEST, LLC, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 15-CV-01527-HSG<br><br>STIPULATION AND ORDER ESTABLISHING CASE MANAGEMENT SCHEDULE<br><br>Action Filed: November 26, 2014<br>Trial Date: August 8, 2016 |

## I. STIPULATION

On July 21, 2015, the Court held a Case Management Conference and discussed with the parties a case management schedule. Pursuant to the Court's instructions, counsel for the parties have further conferred over case deadlines and hereby stipulate and agree to the following case management schedule:

1. The deadline to amend the pleadings is August 14, 2015.

2. The deadline to complete ADR/mediation is October 6, 2015.

3. The fact discovery cutoff is March 21, 2016.

4. The deadline to disclose expert witness reports is April 29, 2016.

5. The deadline to disclose rebuttal expert witness reports is May 20, 2016.

6. The expert discovery cutoff is June 24, 2016.

7. The deadline for the hearing on any dispositive motions is May 26, 2016, 2:00 p.m.

8. The pretrial conference is July 26, 2016, 3:00 p.m.

9. A five-day jury trial is scheduled for August 8, 2016, 8:30 a.m.

IT IS SO STIPULATED.

Date: July 28, 2015

LAW OFFICE OF ERIK M. ROPER

By: *[signature]*
ERIK ROPER
Attorneys for Plaintiff
NATTIE CURTIS

Date: July 28, 2015

FOSTER EMPLOYMENT LAW

By: *[signature]*
C. CHRISTINE MALONEY
Attorneys for Defendants
SODEXO, INC. and SDH SERV. WEST, LLC

## II. ORDER

The Court approves the foregoing stipulation and adopts the case management schedule set forth therein.

IT IS SO ORDERED.

Dated this 29th day of July, 2015.

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge