Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  916.927.5574
Facsimile:  916.927.2046

Erik M. Roper (SBN: 259756)
**LAW OFFICE OF ERIK M. ROPER**
2121 Natomas Crossing Drive, Suite 200-117
Sacramento, CA 95834
Telephone:  916.281.8249
Facsimile:  916.527.0118

Attorneys for Plaintiff,
NATTIE CURTIS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATTIE CURTIS,<br><br>    Plaintiff,<br><br>    v.<br><br>SODEXO, INC., SDH SERVICES WEST, LLC, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No: 3:15-cv-01527-HSG<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT MAY 10, 2016 CASE MANAGEMENT CONFERENCE<br><br>Date:       May 10, 2016<br>Time:      2:00 p.m.<br>Judge:    Hon. Haywood S. Gilliam, Jr.<br>Dept.:     Courtroom 10<br>Place:     Phillip Burton Federal Bldg.<br>              450 Golden Gate Avenue<br>              San Francisco, CA 94102 |

Plaintiff's Request to Appear Telephonically at the May 10, 2016, Case Management Conference submitted by Erik M. Roper, counsel for Plaintiff NATTIE CURTIS is GRANTED.

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:     May 6, 2016

*/s/ Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

1

**[Proposed]** Order Granting Plaintiff's Request to Appear Telephonically
at May 10, 2016 Case Management Conference

*Curtis v. Sodexo, Inc., et. al.*                                                                                  Lawrance A. Bohm, Esq.
Case No.: 3:15-cv-01527                                                                                              Erik M. Roper, Esq.